IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD JOSEPH BARTLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No.: |
| | ) | _____ |
| v. | ) | |
| | ) | |
| COLUMBIA COUNTY; COLUMBIA | ) | **NOTICE OF REMOVAL** |
| COUNTY SHERIFF'S OFFICE; and | ) | |
| SHERIFF CLAY WHITTLE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

TO: THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

NOW COME the defendants, Columbia County; Columbia County Sheriff's Office; and Sheriff Clay Whittle, pursuant to 28 U.S.C. §§ 1441 and 1446, and give notice to this Court, to the Clerk of the Superior Court of Columbia County, Georgia, and to the plaintiff, acting pro se, of the removal of that certain cause of action commenced in the Superior Court of Columbia County, Georgia and being styled "Richard Joseph Bartlett v. Columbia County; Columbia County Sheriff's Office; and Sheriff Clay Whittle," Civil Action No. 2024ECV0641 (the "state court action") and respectfully show the Court as follows:

1. The plaintiff has filed a Complaint and an Amended Complaint against the defendants in the Superior Court of Columbia County, Georgia, being styled Civil Action No. 2024ECV0641.

2.     The plaintiff filed his Summonses and Complaint in the Superior Court of Columbia County, Georgia on June 20, 2024.  Copies of the Summonses are attached as Exhibits "A" through "C".  A copy of the Complaint is attached as Exhibit "D".  The following additional documents or pleadings have been filed in the case: General Civil and Domestic Case Filing Information Form, which is attached as Exhibit "E"; Amended Complaint to Reflect the Address of the First Defendant, Columbia County, which is attached as Exhibit "F"; and Request for Production of Documents Under a Bill of Particulars to be Produced Prior to Mediation, which is attached as Exhibit "G".  These defendants have not received or become aware of any other process, pleadings, or orders in this action.

3.     While none of the defendants have been served with the plaintiff's Summons and Complaint, the earliest date of any defendant having knowledge of the existence of the state court action was June 24, 2024.

4.     In his Complaint, the plaintiff alleges that he seeks relief pursuant to 42 U.S.C. §1983, a federal statute.  The plaintiff also alleges in his Complaint violations of the Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

5.     Original subject matter jurisdiction over the plaintiff's claim exists in this Court under the provisions of 28 U.S.C. § 1331.  Accordingly, this claim may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

6.     The plaintiff's Complaint and Amended Complaint also appear to contain state law claims under provisions of Georgia law.  These state law claims are so related to the plaintiff's claims arising under the laws of the United States that they form part of the same case or controversy under Article III of the United States Constitution.  Supplemental jurisdiction over

2

these state law claims thus exists in this Court under the provisions of 28 U.S.C. § 1367(a). Accordingly, these claims may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1367, 1441, and 1446.

7.      All defendants consent to this removal as evidenced by the signature of their undersigned counsel.

8.      This Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b), having been filed within 30 days after the earliest date that these defendants received or became aware of the Complaint.

9.      Counsel for these defendants hereby certifies that this Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, these defendants pray that the above-referenced action now pending against them in the Superior Court of Columbia County, Georgia be removed to the United States District Court for the Southern District of Georgia, Augusta Division. All defendants expressly consent to the removal in accordance with applicable law.

This 24 day of July, 2024.

> /s/ James B. Ellington
> James B. Ellington
> Georgia Bar No. 243858
> Attorney for Defendants Columbia County;
> Columbia County Sheriff's Office; and
> Sheriff Clay Whittle

OF COUNSEL:
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 telephone
(706) 722-9779 facsimile
jellington@hullbarrett.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the NextGen CM/ECF system and served upon the plaintiff, pro se, by depositing a copy of same in the United States Mail with proper postage affixed thereto to ensure proper delivery to the following:

Richard Joseph Bartlett
2024 Rosier Road
Augusta, GA 30906

This 24 day of July, 2024.

/s/ James B. Ellington
James B. Ellington
