IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD JOSEPH BARTLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-117 |
| | ) | |
| COLUMBIA COUNTY; COLUMBIA COUNTY SHERIFF'S OFFICE; and SHERIFF CLAY WHITTLE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On September 12, 2024, the Court ordered the parties to conduct a Rule 26(f) conference within fourteen days of the date of the Order, and to file a joint 26(f) Report within seven days of the date of the conference.  (Doc. no. 6.)  On September 26, 2024, Defendants submitted a Rule 26(f) Report to the Court, which stated that Plaintiff failed to respond to two emails sent by defense counsel attempting to schedule the conference.  (Doc. no. 7, p. 1.)

The Court will conduct a telephonic status conference on Wednesday, October 23, 2024, at 2:30 p.m., to address Plaintiff's failure to participate in a Rule 26(f) conference.  To access the teleconference, the parties should dial 877-336-1829, enter code 5508163 and enter password 0117.

To ensure Plaintiff has adequate notice of the teleconference, the Court **INSTRUCTS** the **CLERK** to send copies of this Order by U.S. Mail to Richard Joseph Bartlett at 2024 Rosier Road, Augusta, Georgia 30906, and 1028 Carlene Drive, Harlem, Georgia 30814.

SO ORDERED this 10th day of October, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA